IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GRADY RENARD WILLIAMS, JR., | * |
| Petitioner, | * |
| v. | Case No. 5:23-cv-00495-MTT-CHW |
| | * |
| DENISE D. FACHINI, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 16th day of February, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk